UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA


SYLVIA BROWN COUVILLION,            *       CIVIL ACTION
INDIVIDUALLY AND AS THE TESTAMENTARY
EXECUTRIX OF THE SUCCESSION OF              NO. 3:12-CV-204
JOHN C. COUVILLION

VERSUS                              *       JUDGE B. JACKSON

REDDY ICE CORPORATION AND                   MAG. JUDGE BOURGEOIS
METROPOLITAN LIFE INSURANCE          *
CORPORATION

*      *      *      *      *      *      *      *

**MOTION TO STRIKE AFFIDAVIT FILED
BY PLAINTIFF WITH HER MEMORANDUM IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Metropolitan Life Insurance

Company  ("MetLife"), Defendant in the above-entitled and numbered proceeding, and, upon

suggesting to the Court that Plaintiff filed a Memorandum in Opposition to MetLife's Motion for

Summary Judgment ("Opposition"); that Plaintiff submitted to the Court in support of the

Opposition, her affidavit; that said affidavit is not admissible as a matter of law because it was

not submitted to the ERISA claims administrator and is, therefore, not a part of the

administrative record and that Plaintiff's affidavit also fails to meet the requirements of Rule 56

of the Federal Rules of Civil Procedure and, for the reasons more fully stated in the attached

Memorandum, MetLife moves this Court for an Order striking Plaintiff's affidavit from the

record.

ELKINS, P.L.C.

/s/ Virginia N. Roddy
VIRGINIA N. RODDY, T.A. (11367)
 JENNIFER M. LAWRENCE (23829)
201 St. Charles Ave., Suite 4400
New Orleans, LA 70170
Telephone: (504) 529-3600
Telefax: (504) 529-7163

ATTORNEYS FOR METROPOLITAN LIFE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2013, the foregoing pleading of Defendant,

Metropolitan Life Insurance Company was filed electronically with the Clerk of Court using the

CM/ECF system.  Notice of this filing will be sent to plaintiff's counsel by operation of the

Court's electronic filing system.

VIRGINIA N. RODDY (11367)
JENNIFER M. LAWRENCE (23829)
ELKINS, PLC
201 St. Charles Ave., Ste. 4400
New Orleans, LA 70170
Telephone: (504) 529-3600
Fax: (504) 529-7163
Email: vroddy@elkinsplc.com